```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 09418
    ELIZABETH A BRANSFORD
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-8512

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
       The case was filed on 08/03/2006 and was confirmed 09/28/2006.

       The plan was confirmed to pay secured creditors 100% and unsecured
  creditors 100.00%.

       The case was dismissed after confirmation 08/30/2007.
--------------------------------------------------------------------------
  CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------
  HYDE PARK BANK           CURRENT MORTG         .00           .00          .00
  HYDE PARK BANK           MORTGAGE ARRE         .00           .00          .00
  LIGHTHOUSE FINANCIAL     SECURED VEHIC     5400.00        249.09      1112.50
  ECAST SETTLEMENT CORP    UNSEC W/INTER    10356.84           .00          .00
  ECAST SETTLEMENT CORP    UNSEC W/INTER      258.74           .00          .00
  COMMONWEALTH EDISON      UNSEC W/INTER   NOT FILED           .00          .00
  PEOPLES GAS LIGHT & COKE UNSEC W/INTER     5023.80           .00          .00
  KELLY OLSON MICHOD DELAC NOTICE ONLY     NOT FILED           .00          .00
  MELVIN J KAPLAN          DEBTOR ATTY      3,000.00                    2,034.81
  TOM VAUGHN               TRUSTEE                                        203.60
  DEBTOR REFUND            REFUND                                            .00

           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
  TRUSTEE                 3,600.00

  PRIORITY                                         .00
  SECURED                                     1,112.50
      INTEREST                                  249.09
  UNSECURED                                        .00
  ADMINISTRATIVE                              2,034.81
  TRUSTEE COMPENSATION                          203.60
  DEBTOR REFUND                                    .00
                         -----------        -----------
  TOTALS                   3,600.00           3,600.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 09418 ELIZABETH A BRANSFORD

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 12/05/07                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```

                                    PAGE   2
            CASE NO. 06 B 09418 ELIZABETH A BRANSFORD